UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND CLAUDIO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.  1:24-cv-160-MCR-MJF

SECRETARY DIXON, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation dated September 16, 2024. ECF No. 4. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process.

3. The Plaintiff's Motion for Leave to Amend, ECF No. 5, is **DENIED** for the reasons set forth in the Report and Recommendation.

4. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**